UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:04-CR-10 |
| | ) | |
| DEBORAH AGETT | ) | |

**O R D E R**

This supervised release revocation matter came before the Court on January 31, 2005. At this hearing, the defendant did not contest that she had committed the violations of the conditions of supervised release set forth as violations two (2) through five (5) of the petition for warrant for offender under supervision. The defendant did not stipulate to violation 1, which alleges that she assaulted her daughter, and the government did not present proof of this violation, which is the subject of a state court proceeding. It was stipulated that the defendant failed to notify her probation officer within 72 hours of her arrest, that she failed to prepare her phone line for electronic monitoring, and that she failed to participate in drug treatment and mental health treatment as directed by her probation officer. It is uncontested the defendant's violation guideline range is now three (3) months to nine (9) months.

Therefore, the Court finds that the defendant has violated the terms of her supervised release, and it is hereby **ORDERED** that her term of supervised release is

**REVOKED**. It is **ORDERED** that she is sentenced to serve a term of incarceration of six (6) months, and that this term of imprisonment shall be followed by a two (2) years and six (6) months term of supervised release. During her term of supervised release, the defendant shall be subject to the standard conditions and special conditions of supervised release set forth in the judgment, with the exception that the defendant shall no longer be required to serve 90 days of home detention. In addition, the defendant shall be subject to the following special conditions:

> 1. The defendant shall notify her probation officer in writing each and every time she receives a prescription medication, describing the purpose of the medication, and provide the officer a copy of the prescription.
>
> 2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

It is hereby **RECOMMENDED** that the defendant be designated to the federal facility at Carswell, Texas and that the defendant receive mental health treatment while incarcerated. The defendant is **REMANDED** to the custody of the United States Marshal.

ENTER:

> s/J. RONNIE GREER
> UNITED STATES DISTRICT JUDGE